

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-15-00223-CV**

**IN RE FALLS COUNTY**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

The petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition Denied
Opinion delivered and filed August 27, 2015
[OT06]

